```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  SHAWN HALBERT
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA  94102
 4  Telephone:  (415) 436-7700

 5  Counsel for Defendant ARGELIO SUASTEGUI LOZANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0178 MMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION ~~AND [PROPOSED]~~ |
| v. | ) | ~~ORDER~~ CONTINUING BRIEFING |
| | ) | SCHEDULE AND HEARING DATE |
| ARGELIO SUASTEGUI LOZANO, | ) | FROM MARCH 12, 2007 TO MARCH |
| | ) | 26, 2007 ; ORDER CONTINUING |
| Defendant. | ) | HEARING TO APRIL 18, 2007 |
| | ) | |
| | ) | |

The undersigned parties stipulate as follows:

1. The parties' had previously agreed to and the court had ordered a briefing schedule on defendant's motion to dismiss, for hearing on March 12, 2007. In the meantime, both parties were instructed to submit supplemental briefing.

2. The parties engaged in extended settlement negotiations that ultimately were not successful. As a result, and with defendant's agreement, the government filed its supplemental brief on March 2, 2007. Undersigned counsel is in trial and will not be able to file a responsive brief until March 16, 2007. The parties agree that the Court should continue the hearing date to March 26, 2007 at 3:00 p.m. in order to give the

1 | parties and the Court adequate time to prepare and review the parties' submissions. The
2 | defense is requesting a special setting again (as it had for the March 12, 2007 date)
3 | because defense counsel is in trial from Tuesday afternoons through Fridays.
4 | 3. The parties agree that the time between March 12 and March 26, 2007 should be
5 | excluded from the computation of time within which the trial of this matter must
6 | commence because of defendant's pending pretrial motion to dismiss. 18 U.S.C. §
7 | 3161(h)(1)(F).
8 | IT IS SO STIPULATED

10 | Date: 3/8/2007                         _____/S/_____
                                             SHAWN HALBERT
11 |                                          Assistant Federal Public Defender

13 | Date: 3/8/2007                         _____/S/_____
                                             DEREK OWENS
14 |                                          Assistant United States Attorney

16 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a
17 | "conformed" signature (/S/) within this e-filed document.

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; No. CR 06-0178 MMC

2

<pre>
1                                    ORDER
2       For GOOD CAUSE SHOWN, it is hereby ORDERED that the status hearing, previously set by
                                          April 18, 2007 at 2:30 p.m.
3  this Court for March 12, 2007 at 3:00 p.m. shall be continued to ~~March 26, 2007 at 3:00 p.m.~~  IT IS
                                                                April 18
4  FURTHER ORDERED that the time between March 12 and ~~March 26~~, 2007 shall be excluded from
5  the computation of time within which the trial of this matter must commence because of defendant's
6  pending pretrial motion to dismiss.  18 U.S.C. § 3161(h)(1)(F).
7
8  Date:   March 9, 2007                    _____
                                             THE HONORABLE MAXINE M. CHESNEY
9                                            UNITED STATES DISTRICT JUDGE
</pre>

STIP. AND [PROP] ORDER CONTINUING
STATUS DATE; No. CR 06-0178 MMC

3