AO 245D (Rev. AO 09/11-CAN  07/14) Judgment in Criminal Case of Revocations
        Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br>Argelio Suastegui-Lozano<br>Alex Lozano, Argelio Suastegui Lozano, Argelio Svasteg Lozano, Argelio Lozano, Angelio Lozano, Jose Ramirez-Sanchez, Argelio Suastequi Lozano, Angelo Lozano, Argelio Suasteg Lozano | ) **JUDGMENT IN A CRIMINAL CASE**<br>)  (For **Revocation** of Probation or Supervised Release)<br>)<br>) USDC Case Number:  CR-6-00178-001 MMC<br>) BOP Case Number:  DCAN36CR00178-001<br>) USM Number:  56409-198<br>) Defendant's Attorney:  Erick Guzman |

## THE DEFENDANT:

☑ admitted guilt to violation of supervision, as alleged in Charge One of the Petition.

☑ was found in violation of as alleged in Charges Two and Three of the Petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Violated State Law (Possession of Stolen Property) | April 25, 2010 |
| Two | Violated Federal Law (Illegal Reentry) | April 25, 2010 |
| Three | Violated Special Condition Prohibiting Illegal Reentry | April 25, 2010 |
| | | |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| | 8/27/2014 |
| Last Four Digits of Defendant's Soc. Sec. No.:   NONE | Date of Imposition of Judgment |
| | *Maxine M. Chesney* |
| Defendant's Year of Birth: 1975 | Signature of Judge<br>The Honorable Maxine M. Chesney<br>Senior United States District Judge |
| City and State of Defendant's Residence:<br>San Pablo,  CA | Name & Title of Judge |
| | 8/29/2014 |
| | Date Signed |

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case
DEFENDANT:  Argelio Suastegui-Lozano                                    Judgment - Page 2 of 4
CASE NUMBER:  CR-6-00178-001 MMC

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 months.

☐   The Court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at            ☐ am    ☐ pm    on  (no later than 2:00 pm).

☐   as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   at            ☐ am    ☐ pm    on  (no later than 2:00 pm).

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case
DEFENDANT:  Argelio Suastegui-Lozano                                                    Judgment - Page 3 of 4
CASE NUMBER:  CR-6-00178-001 MMC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  <u>Nine months.</u>

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

        If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

        The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)      The defendant shall not leave the judicial district without the permission of the court or probation officer;
2)      The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)      The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)      The defendant shall support his or her dependents and meet other family responsibilities;
5)      The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)      The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)      The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)      The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)      The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)     The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)     The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)     The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)     As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case

DEFENDANT:  Argelio Suastegui-Lozano                                    Judgment - Page 4 of 4
CASE NUMBER:  CR-6-00178-001 MMC

## SPECIAL CONDITIONS OF SUPERVISION

**1.**     The defendant shall comply with the rules and regulations of the U.S. Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon any reentry into the United States during the period of court ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours.

**2.**     The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

**3.**     The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The Defendant must pay the total criminal monetary penalties as originally imposed, less any payments already received:

Special Assessment: $ 100     Fine: $ None     Restitution: $ None